Proctor & Snodgrass, of Scottsboro, for appellant.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

167 So. 925

**Dean TARWATER v. STATE.**

**6 Div. 951.**

Court of Appeals of Alabama.

April 21, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

---

167 So. 925

**Clint TAYLOR v. CITY OF HUNTSVILLE.**

**8 Div. 240.**

Court of Appeals of Alabama.

March 17, 1936.

BRICKEN, Presiding Judge.

Affirmed.

---

173 So. 925

**Clint TAYLOR v. CITY OF HUNTS-VILLE.**

**8 Div. 384.**

Court of Appeals of Alabama.

Feb. 2, 1937.

SAMFORD, Judge.

Affirmed.

---

168 So. 907

**Gleason TAYLOR v. STATE.**

**6 Div. 999.**

Court of Appeals of Alabama.

May 5, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

---

170 So. 921

**Henry TAYLOR, alias W. M. Phelps, alias Henry Phelps v. STATE.**

**4 Div. 242.**

Court of Appeals of Alabama.

Nov. 10, 1936.

J. W. Brassell, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

170 So. 922

**Will TAYLOR v. STATE.**

**8 Div. 387.**

Court of Appeals of Alabama.

Oct. 27, 1936.

SAMFORD, Judge.

Affirmed.